IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV349 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* On December 5, 2012, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 30. On December 19, 2012, the court extended the deadline for the parties to file their report. **See** Filing No. 32 - Text Order. The parties' deadline for filing the report was January 25, 2013. However, no planning report has been filed to date. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before the close of business on February 15, 2013,** or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

Dated this 5th day of February, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge