## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**STEVEN R. BLAIR,**

                    **Plaintiff,**                              **8:11CV349**

           **vs.**

**DOUGLAS     COUNTY,     DONALD**                              **ORDER**
**KLEINE, STUART DORNAN, JAMES**
**JANSEN,    LORETTA    VONDRA,**
**MARY    S.    MCKEEVER,    and**
**DOUGLAS     COUNTY     COURT**
**ADMINISTRATORS,**

                    **Defendants.**

           This matter is before the court *sua sponte*.

           On February 8, 2013, the parties consented to jurisdiction before a magistrate
judge.  **See** Filing No. 36 - Rule 26(f) Report.  However, the defendants Mary S.
McKeever (McKeever) and Loretta Vondra (Vondra) were not served until March 12,
2013.  **See** Filing Nos. 42 and 44 - Proof of Service.  Therefore, McKeever and Vondra
have not consented to jurisdiction before a magistrate judge.  All parties must consent
before the case may proceed before a magistrate judge.  **See** 28 U.S.C. § 636(c)(1).
Accordingly,

           **IT IS ORDERED**:

           Defendants Mary S. McKeever and Loretta Vondra have until **June 17, 2013**, to
consent to jurisdiction before the undersigned judge pursuant to 28 U.S.C. § 636(c)(1),
otherwise this case will be reassigned in accordance with this court's standard
procedures.

           Dated this 3rd day of June, 2013.

                                        BY THE COURT:

                                         s/ Thomas D. Thalken
                                        United States Magistrate Judge