IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR,<br><br>            Plaintiff,<br><br>      vs.<br><br>DOUGLAS COUNTY, a political subdivision existing and organized in the State of Nebraska, DONALD KLEINE, in his official capacity, STUART DORNAN, in his official capacity, JAMES JANSEN, in his official capacity, LORETTA VONDRA, in her individual and official capacities, MARY S. MCKEEVER, in her individual and official capacities, and DOUGLAS COUNTY COURT ADMINISTRATORS,<br><br>            Defendants. | 8:11CV349<br><br>ORDER |

This matter is before the court on the plaintiff's Consolidated Motion for Leave to Add/Substitute Parties and Amend Complaint (Filing No. 71).  Civil Rules of the United States District Court for the District of Nebraska 15.1(a) provides: "A party who moves for leave to amend a pleading (including a request to add parties) must file as an attachment to the motion an unsigned copy of the proposed amended pleading **that clearly identifies the proposed amendments**."  **See** NECivR 15.1(a) (emphasis added).  The plaintiff has failed to fully comply with NECivR 15.1(a).  Accordingly, the plaintiff shall file an amended motion clearly identifying the specific amendments in an attached unsigned copy of the proposed amended complaint.  **See id.**  The plaintiff shall bold the proposed amendments.  The plaintiff shall also state whether the motion is opposed.  **See id.**  If the plaintiff's motion is opposed, the plaintiff shall also comply with the briefing requirements in NECivR 7.1(a)(1).  Upon consideration,

   **IT IS ORDERED**:

   1.   The plaintiff's Consolidated Motion for Leave to Add/Substitute Parties and Amend Complaint (Filing No. 71) is held in abeyance pending compliance with NECivR 15.1(a) and/or NECivR 7.1(a)(1).  The plaintiff shall have to on or before **June 24, 2013**,

to file the amended motion as described above. Otherwise, the plaintiff's motion will be deemed abandoned and denied.

     2.    If opposed, the defendants shall have ten (10) business days after the plaintiff's amended motion is filed to file any opposition. The plaintiff shall have five (5) business days thereafter to file a reply.

Dated this 11th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge