IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS COUNTY,<br><br>　　　　　　Defendant. | 8:11CV349<br><br>AMENDED ORDER FOR INITIAL PROGRESSION OF CASE |

　　　　This matter is before the court on the defendant's Motion to Extend Case Progression Deadlines (Filing No. 94).  The court held a telephone conference on August 2, 2013, to discuss the motion.  Timothy L. Ashford represented the plaintiff.  Sandra K. Connolly represented the defendant.  Upon consideration,

　　**IT IS ORDERED:**

　　　　The defendant's Motion to Extend Case Progression Deadlines (Filing No. 94) is granted.

　　**IT IS FURTHER ORDERED:**

　　　　1.　　The defendant shall have until **August 15, 2013**, to file an answer to the plaintiff's Second Amended Complaint.

　　　　2.　　**Mandatory Disclosures** described in Fed. R. Civ. P. 26(a)(1) shall be served by **September 16, 2013**.

　　　　3.　　**Motions for Summary Judgment.**  All motions to dismiss or for summary judgment based on qualified immunity shall be filed not later than **November 29, 2013**.  **See** NECivR 56.1 and 7.1.

　　　　4.　　**Planning Conference.**  A telephone conference with the undersigned magistrate judge will be held **on December 5, 2013, at 10:00 a.m.**, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.  **Plaintiff's counsel shall initiate the call.**  (At the request of the parties, the conference may be held in chambers).  Prior to the conference counsel for the parties shall have:

　　　　　　a.　　Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;
　　　　　　b.　　Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;

      c.    Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.1(i);
      d.    Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment;
      e.    Provided their report(s) on the status of mediation and other settlement efforts as required in paragraph 2, above; and
      f.    Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

5.    **Motions to alter dates.**  All requests for changes of deadlines established by this order shall be directed to the magistrate judge by appropriate motion.

Dated this 2nd day of August, 2013.

                            BY THE COURT:

                             s/ Thomas D. Thalken
                            United States Magistrate Judge