# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR, | |
| Plaintiff, | 8:11CV349 |
| vs. | ORDER |
| DOUGLAS COUNTY, | |
| Defendant. | |

This matter is before the court on the motion of Timothy L. Ashford (Filing No. 110) to withdraw as counsel for the plaintiff Steven R. Blair. The movant states he and his client have issues which they cannot resolve, including Mr. Blair filing his own documents in this matter, stating he was pro se and Mr. Ashford failed to diligently pursue this case. The movant seeks additional time for Mr. Blair to find a new attorney. Accordingly,

**IT IS ORDERED:**

1. Timothy L. Ashford's motion to withdraw as counsel (Filing No. 110) is granted. Mr. Ashford shall serve a copy of his motion and this order on Mr. Blair and file a notice of such service with the court. The notice shall contain Mr. Blair's current address.

2. Steven R. Blair is hereby considered proceeding pro se and counsel for the defendant may communicate with the plaintiff directly regarding this case until new counsel, if any, enters an appearance on the record.

3. The planning conference previously scheduled to be held by telephone on **December 5, 2013, at 10:00 a.m. shall be held in person in Courtroom 7**, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 15th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge