IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY,<br><br>　　　　　Defendant. | 8:11CV349<br><br>ORDER |

On March 6, 2014, the parties appeared before the court for a planning conference. Steven R. Blair, *pro se*, was present for the conference. Sandra K. Connolly represented the defendant, Douglas County. Following a discussion of the case,

**IT IS ORDERED**:

1. The plaintiff shall have until **April 4, 2014**, to respond to the defendant's Motion for Summary Judgment (Filing No. 131) on the basis of the Eleventh Amendment and res judicata. Plaintiff shall respond to other arguments; however, in the event the plaintiff believes it is necessary to obtain additional discovery to respond to the defendant's other grounds for summary judgment, the plaintiff shall set forth in his response the specific discovery required, why the discovery is required, and why the discovery has not been accomplished previously.

2. The defendant may file a reply on or before **April 14, 2014**.

Dated this 6th day of March, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge