IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR,<br><br>     Plaintiff,<br><br> vs.<br><br>DOUGLAS COUNTY,<br><br>     Defendant. | 8:11CV349<br><br>ORDER |

  This matter is before the court on the plaintiff's Motion to Extend Time for Complete Disclosure and Additional Expert Witnesses (Filing No. 137). The plaintiff seeks to extend the deadline for him to provide expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) until after the court resolves the defendant's motion for summary judgment. The plaintiff, who is proceeding *pro se*, states he would need additional time to finalize expert witnesses on the claims that succeed summary judgment. *See* Filing No. 137. For example, the plaintiff states he has spoken to someone who agreed to testify as an expert if the plaintiff obtained an attorney. *Id.* Additionally, the plaintiff spoke with an attorney who may represent him after summary judgment. *Id.* The plaintiff does not think the extension will interfere with the progression of the case. *Id.* The defendant opposes the extension, arguing further extensions of this deadline are unwarranted. *See* Filing No. 141. The plaintiff replied providing evidence of his diligent attempts to obtain counsel and arguing little discovery has taken place in this matter. *See* Filing No. 143. The court finds the plaintiff has shown good cause for an extension of the expert disclosure deadlines. Accordingly,

  **IT IS ORDERED**:

  The plaintiff's Motion to Extend Time for Complete Disclosure and Additional Expert Witnesses (Filing No. 137) is granted. The court will re-progress the case deadlines as becomes necessary after resolution of the defendant's motion for summary judgment.

  Dated this 10th day of April, 2014.

                    BY THE COURT:

                    s/ Thomas D. Thalken
                    United States Magistrate Judge